136 A.3d 938

IN THE MATTER OF WILLIAM J. RUSH, AN ATTORNEY
AT LAW (ATTORNEY NO. 017732002).

June 2, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–164, concluding that **WILLIAM J. RUSH** of **FAIRFIELD,** who was admitted to the bar of this State in 2002, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.15(a) (commingling funds and recordkeeping violations), *RPC* 1.15(b) (failure to promptly notify clients or third parties of receipt of funds in which they have an interest and to promptly disburse those funds), *RPC* 1.15(d) (failure to comply with the recordkeeping requirements of *Rule* 1:21–6), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **WILLIAM J. RUSH** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.